UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>VICENTE SANCHEZ-COBIAN,<br><br>　　　　　　　　　　　Defendant. | Case No.: 3:17-cr-02371-GPC<br><br>**ORDER DENYING GOVERNMENT'S MOTION TO DISMISS** |

Before the Court is the Government's motion to dismiss the information in this case. (ECF No. 15.) The Government provides no justification for its motion and merely requests that the information be dismissed pursuant to Federal Rule of Criminal Procedure 48(a). (*Id.*) However, "[a] limited review by the court is necessary, even where the defendant consents. The purpose of this limited review is to protect against prosecutorial impropriety or harassment of the defendant and to assure that the public interest is not disserved." *United States v. Olmos-Gonzales*, 993 F. Supp. 2d 1234, 1235 (S.D. Cal. 2014) (quoting *Korematsu v. United States*, 584 F.Supp. 1406, 1412 (N.D. Cal. 1984)). "To enable courts to carry out this limited review, the government must provide its reasons and factual basis justifying dismissal." *Olmos-Gonzales*, 993 F. Supp. 2d at 1235. As the Government has not provided sufficient reasons or factual bases for the

Court to conduct a review, the motion to dismiss, (ECF No. 15), is **DENIED** without prejudice. The government may refile its motion with a more specific reason or reasons.

**IT IS SO ORDERED.**

Dated: October 30, 2017

Hon. Gonzalo P. Curiel
United States District Judge